UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Raciel Z., | Case No. 26-CV-0249 (KMM/SGE) |
| Petitioner, | |
| v. | **ORDER** |
| Kristi Noem, Secretary, U.S. Department of Homeland Security, Department of Homeland Security, in her official capacity; Todd M. Lyons, Acting Director of Immigration and Customs Enforcement, Immigration and Customs Enforcement, in his official capacity; Peter Berg, Director, St. Paul Field Office, Immigration and Customs Enforcement, in his official capacity; Samuel J. Olson, Field Office Director of Enforcement and Removal Operations, Chicago Field Office, Immigration and Customs Enforcement, in his official capacity; and Eric Klank, Sheriff of Crow Wing County, Minnesota, custodian of detainees of the Crow County Jail, | |
| Respondents. | |

**IT IS HEREBY ORDERED THAT**:

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of petitioner Raciel Z. within fourteen days of the date of this order, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

1

2. Respondents' answer should include:

   a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

   b. A reasoned memorandum of law and fact explaining respondents' legal position on Petitioner's claims; and

   c. Respondents' recommendation on whether an evidentiary hearing should be conducted.

3. If Petitioner intends to file a reply to respondents' answer, he must do so by no later than within seven days of the date that the answer is filed. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Dated: January 14, 2026

*s/Katherine M. Menendez*
Katherine M. Menendez
United States District Judge