UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Raciel Z.P., | No. 26-cv-249 (KMM/SGE) |
| Plaintiff, | |
| v. | **ORDER** |
| Kristi Noem, et al., | |
| Defendants. | |

In a Report and Recommendation ("R&R") dated February 13, 2026, United States Magistrate Judge Shannon G. Elkins recommends that Petitioner Raciel Z.P.'s Petition for a writ of habeas corpus be granted and Raciel Z.P. be released from custody subject to the conditions in his prior order of supervision. (Dkt. 9.) Judge Elkins set an expediated schedule for objections to the R&R, with objections due by February 17, 2026. (*Id.* at 12.) Respondents did not object to this recommended disposition by the deadline, and still have not done so ten days later. Therefore, the Court has reviewed the matter for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). The Court finds no error and adopts the R&R.

Based on the above, and on the full record before the Court, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Dkt. 9) is **ACCEPTED**.

2. Petitioner Raciel Z.P.'s Petition for a writ of habeas corpus (Dkt. 1) is **GRANTED**.

3. The Court **ORDERS** Respondents to immediately release Raciel Z.P. in Minnesota, **subject only to the conditions in his prior order of release,** no later than **5:00 PM on March 1, 2026**.

4. Further, the Court **ORDERS** Respondents file a notice on ECF **by no later than 5:00 PM on March 2, 2026** certifying the date, time, and location of Raciel Z.P.'s release. If Raciel Z.P. has not been released by that time, then Respondents shall advise the Court about the reasons his release has not occurred, and the specific steps Respondents are undertaking to ensure his immediate release in Minnesota.

5. Respondents must release Raciel Z.P. with all of his personal property and documents. That property may not be altered by Respondents and must be returned in the same condition as when it was taken.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: February 27, 2026

*s/ Katherine M. Menendez*
Katherine M. Menendez
United States District Judge