# UNITED STATES DISTRICT COURT
## District of Minnesota

Raciel Zaldivar Proenza,

Petitioner,

v.

Kristi Noem, Todd M. Lyons, Peter Berg,
Samuel J. Olson, Eric Klang,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-249 KMM/SGE

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The R&R (Dkt. 9) is **ACCEPTED**.

2. Petitioner Raciel Z.P.'s Petition for a writ of habeas corpus (Dkt. 1) is **GRANTED**.

3. The Court **ORDERS** Respondents to immediately release Raciel Z.P. in Minnesota, **subject only to the conditions in his prior order of release,** no later than **5:00 PM on March 1, 2026**.

4. Further, the Court **ORDERS** Respondents file a notice on ECF **by no later than 5:00 PM on March 2, 2026** certifying the date, time, and location of Raciel Z.P.'s release. If Raciel Z.P. has not been released by that time, then Respondents shall advise the Court about the reasons his release has not occurred, and the specific steps Respondents are undertaking to ensure his immediate release in Minnesota.

5. Respondents must release Raciel Z.P. with all of his personal property and documents. That property may not be altered by Respondents and must be returned in the same condition as when it was taken.

Date: 2/27/2026

KATE M. FOGARTY, CLERK